UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Zhiwar Ismail,                                         File No. 25-cv-3286 (ECT/ECW)

      Petitioner,

v.                                                     **ORDER ACCEPTING REPORT AND RECOMMENDATION**

Clay County Jail Correctional Officer's,

      Respondent.

---

Magistrate Judge Elizabeth Cowan Wright issued a Report and Recommendation on December 18, 2025. ECF No. 7. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based on all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

    1.    The Report and Recommendation [ECF No. 7] is **ACCEPTED**.

    2.    Petitioner's Petition for a Writ of Habeas Corpus [ECF No. 1] is **DENIED WITHOUT PREJUDICE**.

    3.    This matter is **DISMISSED**.

    4.    Petitioner's application to proceed *in forma pauperis* [ECF No. 4] is **DENIED**.

5. No certificate of appealability shall issue.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 16, 2026                          s/ Eric C. Tostrud
                                                 Eric C. Tostrud
                                                 United States District Court